IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
FLORENCE DIVISION

RECEIVED
FLORENCE, SC
2007 SEP 13 · A 7 49

| | |
|---|---|
| Terance Terell Bryan, ) | C.A. No. 4:06-3358 |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | ORDER |
| ) | |
| South Carolina Department of Corrections; ) | |
| Lt. Bird; Sgt. Williams; Captain Price; ) | |
| Officer Outlaw; Sgt. Of Transportation; ) | |
| Officer Grey House; Officer Phillips; ) | |
| FNU Lt. W/M; ) | |
| ) | |
| Defendants. ) | |
| _____) | |

Plaintiff Terance Terell Bryan filed the instant *pro se* action on September 18, 2006 in the South Carolina Court of Common Pleas for Richland County. (Doc. # 2). The Defendants answered on November 29, 2006 and removed the action to this Court on the same day. (Docs. # 2,3). Presently pending before the Court are the Plaintiff's motions for summary judgment, default judgment, and preliminary injunction, and the Defendants' motion for summary judgment. (Docs. # 4, 9, 11, 22).

This matter is before the Court upon the Report and Recommendation ("the Report") filed on August 13, 2007, by United States Magistrate Judge Thomas E. Rogers, III, to whom this matter was previously assigned. (Doc. #52). In the Report, the Magistrate Judge recommends the Plaintiff's motions be denied and the Defendants' motion for summary judgment be granted. Id. Objections to the Report were due on or before August 31, 2007. Id. To date, no party to this action

1

has filed objections.

This Court is charged with conducting a de novo review of any portion of the Magistrate Judge's Report and Recommendation to which a specific objection is registered, and may accept, reject, or modify, in whole or in part, the recommendations contained in that report. 28 U.S.C. § 636. In the absence of objections to the Report and Recommendation of the Magistrate Judge, this Court is not required to give any explanation for adopting the recommendation. See Camby v. Davis, 718 F.2d 198, 199 (4th Cir. 1983).

The Court has carefully reviewed the Magistrate Judge's Report and Recommendation and the relevant filings in this case. For the reasons articulated by the Magistrate Judge, and in light of no party to this action filing objections to the Report, it is hereby **ORDERED** that the Magistrate Judge's Report and Recommendation is **ACCEPTED**. Accordingly, the Plaintiff's motions for summary judgment, default judgment, and preliminary injunction are **DENIED** and the Defendants' motion for summary judgment is **GRANTED**. Accordingly, this action is dismissed and the Plaintiff's remaining state claims are remanded to the South Carolina Court of Common Pleas for Richland County where this action was first filed.

**IT IS SO ORDERED.**

/s/ Terry L. Wooten

Terry L. Wooten
United States District Judge

September /2, 2007
Florence, South Carolina

2